# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D19-1513

———————————————————

SAMUEL PARAMORE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition for Belated Appeal—Original Jurisdiction.

August 8, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

LEWIS, ROWE, and KELSEY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Samuel Paramore, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.